IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00871-KLM

BRYCE ABBINK, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

GOOD CHEMISTRY I, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Consent/Non-Consent Form** [#7], in which the parties inform the Court that at least one party in this civil action does not consent to have a United States Magistrate Judge conduct all proceedings. Accordingly,

    IT IS HEREBY **ORDERED** that this case shall be assigned to a District Judge under D.C.COLO.LCivR 40.1(c)(8) and D.C.COLO.LCivR 40.1(a).

    Dated:  April 1, 2020