IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: July 28, 2020 | Alfred A. Arraj United States Courthouse |

Civil Action No. 20-cv-00871-CMA-KLM

*Parties*:  *Counsel*:

BRYCE ABBINK,  Patrick Peluso

    Plaintiff,

v.

GOOD CHEMISTRY I, LLC,  Eric Seese
  John Richer

    Defendant.

## COURTROOM MINUTES

**TELEPHONIC RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   9:34 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding the correct name of the person or entity who sent the disputed texts.

**ORDERED:**  A stipulated proposed 502(d) order shall be filed **no later than August 11, 2020.**

**ORDERED:**  A joint Status Report regarding settlement efforts shall be filed **no later than September 30, 2020.**

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**
Deadline for Joinder of Parties/Amendment of Pleadings: **October 25, 2020.**

Written and Oral Fact Discovery Cut-off: **March 26, 2021.**

Deadline for Discovery Regarding Class Certification and Merits Issues: **May 28, 2021.**

Plaintiff shall designate affirmative experts **on or before March 14, 2021.**

Defendant shall designate affirmative experts **on or before March 28, 2021.**

Parties shall designate rebuttal experts **on or before April 26, 2021.**

Each side shall be limited to **three (3)** expert witnesses, absent further leave of Court.

Each side shall be limited to **ten (10)** depositions, absent further leave of Court.

Each side shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty-five (25)** requests for admissions, absent further leave of Court.

**Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.**

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2770, preferably as a joint conference call, and request that one be set.

Counsel and the parties must notify chambers (303-335-2770) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

A **Final Pretrial Conference, Trial Preparation Conference and Trial** will be set at a future date.

Court discusses Magistrate Judge Mix's "Requirements of Practice" with counsel.

- Scheduling Order is signed and entered with interlineations on July 28, 2020.

HEARING CONCLUDED.
**Court in recess:     10:04 a.m.**
Total Time:     00:30

To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 or Patterson Transcription Company at (303) 755-4536.