IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00871-CMA-KLM

BRYCE ABBINK, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

GOOD CHEMISTRY I, LLC,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulation for Extension of Time to Join Parties or Amend Pleadings** [#23].  The parties are advised that a "stipulation" is not a motion; it is simply a record of the parties' agreement.  In the future the parties are advised to file a motion if they request relief from the Court.  However, in this one instance the Court will treat the Stipulation [#23] as a Motion.

    IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**.  The deadline to join parties or amend pleadings is extended to **November 25, 2020**.

    Dated:  October 27, 2020