**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:20-cv-00871-CMA-KLM

BRYCE ABBINK, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

GOOD CHEMISTRY I, LLC, a Colorado limited liability company,

        Defendant.

**NOTICE OF SETTLEMENT**

Plaintiff hereby provides notice that the Parties have reached a settlement in this case and states as follows:

1. Plaintiff filed the instant case alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA"). (*See* Dkt. 1.)

2. Plaintiff and Defendant have engaged in settlement discussions and have reached an agreement to resolve the individual claims brought by Plaintiff. The claims of any putative, unidentified class members will be dismissed without prejudice while Plaintiff's claims will be dismissed with prejudice.

The Parties are presently working to finalize a settlement agreement and believe a Stipulation of Dismissal will be filed within thirty (30) days.

                                            */s/ Patrick H. Peluso*
                                            Patrick H. Peluso
                                            WOODROW & PELUSO, LLC
                                            3900 E. Mexico Avenue, Suite 300

Denver, CO 80120  
Tel: (720) 213-0676  
Facsimile: (303) 927-0809  
ppeluso@woodrowpeluso.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 2, 2020, I served the above and foregoing papers by causing such paper to be filed with the Court using the Court's electronic filing system.

/s/ Patrick H. Peluso