# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:20-cv-00871-CMA-KLM

BRYCE ABBINK, individually and on behalf of all others similarly situated,

        Plaintiffs,

v.

GOOD CHEMISTRY I, LLC, a Colorado limited liability company,

        Defendant.

## STIPULATION OF DISMISSAL

Plaintiff Bryce Abbink ("Plaintiff" or "Abbink") and Defendant Good Chemistry I, LLC ("Defendant" or "Good Chemistry") by and through their respective counsel of record, hereby stipulate as follows:

1. Abbink filed this putative class action against Defendant.

2. Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the parties to stipulate to the dismissal of an action at any time. Rule 23(e) does not limit the right to stipulate to dismissal of this action because it only applies to certified classes, and no class has been certified in this matter. Likewise, the case does not involve any Receiver so as to implicate Rule 66.

3. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant agree that the action shall be dismissed in its entirety and with prejudice with respect to the individual claims alleged by Plaintiff against Defendant. The claims of members of the alleged class, if any, are dismissed without prejudice.

4. Plaintiff and Defendant further agree that each party is to bear his or its own attorney's fees and costs.

Dated: January 8, 2021

| | |
|---|---|
| */s/ Patrick H. Peluso* | */s/ Eric Job Seese* |
| Patrick H. Peluso | Eric Job Seese (#48379) |
| WOODROW & PELUSO, LLC | Hall, Estill, Hardwick, Gable, |
| 3900 E. Mexico Avenue, Suite 300 | Golden & Nelson, P.C. |
| Denver, CO 80120 | 1600 Stout Street, Suite 1100 |
| Tel: (720) 213-0676 | Denver, CO 80202 |
| Facsimile: (303) 927-0809 | Telephone: 720.512.5820 |
| ppeluso@woodrowpeluso.com | Facsimile: 918.594.0505 |
| | jseese@hallestill.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 8, 2021, I served the above and foregoing papers by causing such paper to be filed with the Court using the Court's electronic filing system, and I will send copies of such paper to all counsel of record via electronic mail.

/s/ Patrick H. Peluso